# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| **MACIEL COMMUNICATIONS CONTRACTORS, LLC,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No.: 1:23-cv-00128 ) |
| **LIT FIBER, LLC; LIT COMMUNITIES, LLC; and LIT FIBER BROWNSVILLE, LLC,** | ) ) ) ) |
| **Defendants.** | ) ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), and following settlement of this matter, Plaintiff Maciel Communications Contractors, LLC ("Plaintiff"), and Defendants Lit Fiber, LLC and Lit Fiber Brownsville, LLC (collectively, "Defendants"), by and through undersigned counsel, hereby stipulate that this entire action shall be dismissed with prejudice. The parties further stipulate that each party shall bear its own fees and costs.

Dated: November 4, 2025

**MAYNARD NEXSEN PC**

*/s/ Nicolas H. Peck*
Nicolas H. Peck
*(pro hac vice*)
cpeck@maynardnexsen.com
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
(205) 254-1000 (telephone)
(205) 254-1999 (facsimile)

*Counsel for Defendants Lit Fiber, LLC and Lit Fiber Brownsville, LLC*

**MOSTYN LAW**

*/s/ Gregory F. Cox*
Gregory F. Cox
Bar No. 00793561
gfcdocketefile@mostynlaw.com
3810 West Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)

*Counsel for Plaintiff Maciel Communications Contractors, LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following counsel of record via electronic filing this 4th day of November 2025:

Nicolas H. Peck
cpeck@maynardnexsen.com
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
(205) 254-1000 (telephone)
(205) 254-1999 (facsimile)

Gregory P. Sapire
gsapire@maynardnexsen.com
2500 Bee Caves Road
Building 1, Suite 150
Austin, TX 78746
(512) 969-640 (telephone)
(512) 359-5774 (facsimile)

                                                */s/ Gregory F. Cox*
                                                Gregory F. Cox